Vip Bhola, Esq. (SBN 183980)
Law Offices of Vip Bhola
5429 Cahuenga Blvd., Suite 101
North Hollywood, CA 91601
T: (818) 347-5297
F: (818) 221-0302
E: vbhola@icloud.com

Attorney for Plaintiff: Dr. Mehmet Veli Aslan, M.D.

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| **DR. MEHMET VELI ASLAN, M.D.** )<br>)<br>     **Plaintiff,** )<br>)<br>   v. )<br>)<br>**NAZANIN MAZGANI, AN** )<br>**INDIVIDUAL; NEYAZ MAZGANI,** )<br>**AN INDIVIDUAL; CLEMENTE R** )<br>**CUEVAS, AN INDIVIDUAL** )<br>    **Defendants** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO. 25-3841**<br><br>**D.C. No. 2:24-cv-02762-WLH-SK**<br><br>**NOTICE OF PENDENCY OF ACTION**<br>**(CODE OF CIV. PROC. 405 ET SEQ)**<br><br>**APN: 4324-029-001** |

NOTICE OF PENDENCY OF ACTION

NOTICE IS HEREBY GIVEN that the above-captioned action (on appeal from the district court's dismissal order), involving title to the real property described herein, is pending.

Mr. Moda, by Grant Deed recorded on 02/26/24, Los Angeles County Recorder Document No. 20240122024, conveyed all rights, title, and interest held in the property, free and clear of any restrictions or encumbrances. Title of Property was vested in Dr. Aslan on December 7, 2022, by the Superior Court of California, without limitation, Code of Civ. Proc. §801.12 (by operation of law) and due to violations of Prob. Code §§16400(a)(1)-(2), §16441(a), §16420(3), (5), (8), and (9), Prob. Code §16440(a)(1)-(2), by Defendants and Mahvash Mazgani (AKA "Mimi Mazgani") (Code of Civ. Proc. §801.12 award of title is by operation of law in favor of prevailing defendant in a quiet title contest).

Notice of Lis Pendens operates in rem. Dr. Mehmet Veli Aslan, MD—the sole owner of the property—is compelled to file a lis pendens on his own Property. The sole reason: to shield it from fraudulent claims amid ongoing litigation.

To own "entirely" means: 1) completely and without any division or shared interest; 2) wholly and exclusively in full scope; 3) totally and undivided in entirety; 4) fully and comprehensively without reservation; 5) absolutely and unshared in complete dominion.

To "own" means: 1) to possess legal title and full dominion over the property; 2) to hold absolute proprietary rights, including the ability to use, sell, or encumber it; 3) to have exclusive control and beneficial interest as the vested titleholder; 4) to maintain indefeasible ownership free from superior claims; 5) to exercise all incidents of ownership, such as possession, enjoyment, and disposition.

Dr. Aslan has never agreed to any rescission, will not agree to any

1  rescission, and has every right (1) will not consent to any rescission; (2) refuses to

2  accede to any rescission; (3) declines to accept any rescission; (4) rejects any agreement

3  to rescission; (5) will not approve of any rescission); least of which are that the current

4  litigation will free these properties up from false claims of ownership by parties that

5  have been proven to be frauds, as evidenced by court-ordered expungements of

6  quitclaim and rescission of invalid deeds.

7        False claims of ownership that the Mazganis have made that have been

8  proven to be frauds, as evidenced by court-ordered expungements of quitclaim and

9  rescission of invalid deeds that the Mazganis had filed as to both properties.

10

11        **Legal Description: The real Property in the City of Los Angeles, Map:**

12  **LOT 1 IN BLOCK 6 OF TRACT NO. 10021, IN THE CITY OF LOS ANGELES,**

13  **COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP**

14  **RECORDED IN BOOK 145, PAGES 1 AND 2 OF MAPS, IN THE OFFICE OF**

15  **THE COUNTY RECORDER OF SAID COUNTY.**

16

17

18        **Common Description: The address bearing APN: 4324-029-001 and**

19  **commonly known as: 10950 Massachusetts Ave., 10952 Massachusetts Ave., 10954**

20  **Massachusetts Ave. Los Angeles, CA 90024-5518.**

21

22  DATED: October 17, 2025

23

24  LAW OFFICES OF VIP BHOLA

25  By: _____

26  Vip Bhola, Esq.

27  Attorneys for Plaintiff,
   DR. MEHMET VELI ASLAN, M.D

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I am employed in the County of Los Angeles, California. I am over 18 and not a party to the action. My business address is 5429 Cahuenga Blvd., Suite 101, North Hollywood, California 91601.

On the date conveyed below, I served the document(s) described as NOTICE OF PENDENCY OF ACTION (CODE OF CIV. PROC. 405 ET SEQ]interested party(ies) in this action by sending the original or a true copy thereof to the interested party(ies):

SEE SERVICE LIST

Bottom of Form

**X** **BY MAIL (ENCLOSED IN A SEALED ENVELOPE):** I deposited the envelope(s) for mailing in the ordinary course of business in Los Angeles, California. I am "readily familiar" with this firm's practices of collecting and processing correspondence for mailing. Under that practice, sealed envelopes are deposited with the U.S. Postal Service on that same day in the ordinary course of business with postage on them prepaid in Los Angeles, California. This includes certified mail and tracking numbers.

**BY OVERNIGHT DELIVERY:** I am "readily familiar" with this firm's practice of collecting and processing correspondence for overnight delivery. Under that practice, overnight packages are enclosed in a sealed envelope with a fully prepaid packing slip attached. The carrier picks up the packages at this firm's offices or delivers them to a designated collection site.

**BY FACSIMILE:** I certify this document was served from Los Angeles, California, by facsimile delivery on the addressee(s) listed at their most recent facsimile number of record.

**X   BY Email–ECF:** I certify this document was served from Los Angeles, California by email delivery on the addressee(s) listed herein at their most recent known email or email of record.

**BY PERSONAL SERVICE:** I delivered the document, enclosed in a sealed envelope, by hand to the offices of the addressee(s) named herein.

I declare under penalty of perjury under the laws of the State of California, and the laws of the United States, that the above is true and correct.

Executed on **Oct 18, 2025,** at North Hollywood, California.



Vip Bhola

**NOTICE OF PENDENCY OF ACTION**

1

## <u>SERVICE LIST</u>

2

3

| **<u>By Email and U.S. Mail:</u>**<br>Nazanin Mazgani<br>141 S. Clark St. #320<br>Los Angeles, CA 90048<br>mazganilaw@gmail.com | Neyaz Mazgani<br>10954 Massachusetts Ave,<br>Los Angeles, CA 90048<br>foozul@hotmail.com |
|---|---|
| Honorable Wesley L. Hsu<br>First Street Courthouse, 350 W. 1st Street, Courtroom 9B, 9th Floor, Los Angeles, California 90012 | Hon. US BK Judge Barry Russell<br>Suite 1668<br>255 W. Temple Street,<br>Los Angeles, CA 90012 |
| Mahvash Mazgani<br>10954 Massachusetts Ave,<br>Los Angeles, CA 90048<br>Cert Mail No. 7019-2280-0001-8821-0159 | Residents at 10950 and 10952 Massachusetts Ave, Los Angeles, CA 90024 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Vip Bhola, Esq. (SBN 183980)
Law Offices of Vip Bhola
5429 Cahuenga Blvd., Suite 101
North Hollywood, CA 91601
T: (818) 347-5297
F: (818) 221-0302
E: vbhola@icloud.com

Attorney for Plaintiff: Dr. Mehmet Veli Aslan, M.D.

## UNITED STATES COURT OF APPEALS

### FOR THE NINTH CIRCUIT

| | |
|---|---|
| **DR. MEHMET VELI ASLAN, M.D.** )<br><br>　　　**Plaintiff,**　　　)<br><br>　　v.　　)<br><br>**NAZANIN MAZGANI, AN**<br>**INDIVIDUAL; NEYAZ MAZGANI,**<br>**AN INDIVIDUAL; CLEMENTE R**<br>**CUEVAS, AN INDIVIDUAL**<br>　　　**Defendants**　　　) | **CASE NO. 25-3841**<br><br>**D.C. No. 2:24-cv-02762-WLH-SK**<br><br>**NOTICE OF PENDENCY OF**<br>**ACTION**<br>**(CODE OF CIV. PROC. 405 ET**<br>**SEQ)**<br><br>**APN: 4335-012-121** |

- 1

1

2             NOTICE OF PENDENCY OF ACTION

3         NOTICE IS HEREBY GIVEN that the above-captioned action (on appeal

4 from the district court's dismissal order), involving title to the real property described

5 herein, is pending.

6         Mr. Moda, by Grant Deed recorded on 02/26/24, Los Angeles County

7 Recorder Document No. 20240122024, conveyed all rights, title, and interest held in

8 the property, free and clear of any restrictions or encumbrances. Title of Property was

9 vested in Dr. Aslan on December 7, 2022, by the Superior Court of California, without

10 limitation, Code of Civ. Proc. §801.12 (by operation of law) and due to violations of

11 Prob. Code §§16400(a)(1)-(2), §16441(a), §16420(3), (5), (8), and (9), Prob. Code

12 §16440(a)(1)-(2), by Defendants and Mahvash Mazgani (AKA "Mimi Mazgani")

13 (Code of Civ. Proc. §801.12 award of title is by operation of law in favor of prevailing

14 defendant in a quiet title contest).

15         Notice of Lis Pendens operates in rem. Dr. Mehmet Veli Aslan, MD—the

16 sole owner of the property—is compelled to file a lis pendens on his own Property. The

17 sole reason: to shield it from fraudulent claims amid ongoing litigation.

18         To own "entirely" means: 1) completely and without any division or

19 shared interest; 2) wholly and exclusively in full scope; 3) totally and undivided in

20 entirety; 4) fully and comprehensively without reservation; 5) absolutely and unshared

21 in complete dominion.

22         To "own" means: 1) to possess legal title and full dominion over the

23 property; 2) to hold absolute proprietary rights, including the ability to use, sell, or

24 encumber it; 3) to have exclusive control and beneficial interest as the vested

25 titleholder; 4) to maintain indefeasible ownership free from superior claims; 5) to

26 exercise all incidents of ownership, such as possession, enjoyment, and disposition.

27         Dr. Aslan has never agreed to any rescission, will not agree to any

28

1  rescission, and has every right (1) will not consent to any rescission; (2) refuses to

2  accede to any rescission; (3) declines to accept any rescission; (4) rejects any agreement

3  to rescission; (5) will not approve of any rescission); least of which are that the current

4  litigation will free these properties up from false claims of ownership by parties that

5  have been proven to be frauds, as evidenced by court-ordered expungements of

6  quitclaim and rescission of invalid deeds.

7        False claims of ownership that the Mazganis have made that have been

8  proven to be frauds, as evidenced by court-ordered expungements of quitclaim and

9  rescission of invalid deeds that the Mazganis had filed as to both properties.

10        **Legal Description:** See attached Exhibit "A" for legal description (as

11  referenced in quitclaim deed for condominium unit).

12        **Common Description**: The address bearing APN: 4335-012-121 and

13  commonly known as: 141 South Clark Drive, #320, Los Angeles, CA 90048.

14

15  DATED: October 17, 2025

16

17  LAW OFFICES OF VIP BHOLA

18  By: _____

19  Vip Bhola, Esq.

20  Attorneys for Plaintiff,
   DR. MEHMET VELI ASLAN, M.D

21

22

23

24

25

26

27

28

---

NOTICE OF PENDENCY OF ACTION

- 3 -

Case

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I am employed in the County of Los Angeles, California. I am over 18 and not a party to the action. My business address is 5429 Cahuenga Blvd., Suite 101, North Hollywood, California 91601.

On the date conveyed below, I served the document(s) described as NOTICE OF PENDENCY OF ACTION (CODE OF CIV. PROC. 405 ET SEQ]interested party(ies) in this action by sending the original or a true copy thereof to the interested party(ies):

SEE SERVICE LIST

Bottom of Form

**X** **BY MAIL (ENCLOSED IN A SEALED ENVELOPE):** I deposited the envelope(s) for mailing in the ordinary course of business in Los Angeles, California. I am "readily familiar" with this firm's practices of collecting and processing correspondence for mailing. Under that practice, sealed envelopes are deposited with the U.S. Postal Service on that same day in the ordinary course of business with postage on them prepaid in Los Angeles, California. This includes certified mail and tracking numbers.

**BY OVERNIGHT DELIVERY:** I am "readily familiar" with this firm's practice of collecting and processing correspondence for overnight delivery. Under that practice, overnight packages are enclosed in a sealed envelope with a fully prepaid packing slip attached. The carrier picks up the packages at this firm's offices or delivers them to a designated collection site.

**BY FACSIMILE:** I certify this document was served from Los Angeles, California, by facsimile delivery on the addressee(s) listed at their most recent facsimile number of record.

**X**   **BY Email–ECF:** I certify this document was served from Los Angeles, California by email delivery on the addressee(s) listed herein at their most recent known email or email of record.

    **BY PERSONAL SERVICE:** I delivered the document, enclosed in a sealed envelope, by hand to the offices of the addressee(s) named herein.

    I declare under penalty of perjury under the laws of the State of California, and the laws of the United States, that the above is true and correct.

Executed on **Oct 18, 2025,** at North Hollywood, California.

_____

Vip Bhola

**NOTICE OF PENDENCY OF ACTION**

1

## SERVICE LIST

2

3

| **By Email and U.S. Mail:** | Neyaz Mazgani |
|---|---|
| Nazanin Mazgani<br>141 S. Clark St. #320<br>Los Angeles, CA 90048<br>mazganilaw@gmail.com | 10954 Massachusetts Ave,<br>Los Angeles, CA 90048<br>foozul@hotmail.com |
| Honorable Wesley L. Hsu<br>First Street Courthouse, 350 W. 1st Street, Courtroom 9B, 9th Floor, Los Angeles, California 90012 | Hon. US BK Judge Barry Russell<br>Suite 1668<br>255 W. Temple Street,<br>Los Angeles, CA 90012 |
| Mahvash Mazgani<br>10954 Massachusetts Ave,<br>Los Angeles, CA 90048<br>Cert Mail No.<br>7019-2280-0001-8821-0159 | Residents at 10950 and 10952 Massachusetts Ave, Los Angeles, CA 90024 |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF
VIP BHOLA

PROOF OF SERVICE

# EXHIBIT "A"

Exhibit "A"

The "Clark Property" refers to the real property located at 141 South Clark Drive, Unit 320, Los Angeles, CA 90048 and legally described as follows:

APN: 4335-012-~~026~~ 121

A CONDOMINIUM COMPRISED OF:

PARCEL 1:

AN UNDIVIDED ONE-ONE-HUNDRED FIFTH (1/105TH) FEE SIMPLE INTEREST AS A TENANT IN COMMON IN AND TO LOT 1 OF TRACT NO. 62676, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1334 PAGES 48 AND 49, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT FROM THAT PORTION OF SAID LAND WITHIN LOT 245 OF TRACT NO. 7615, IN BOOK 85, PAGES 15 TO 17 INCLUSIVE OF MAPS, ALL OIL, GAS AND OTHER MINERALS IN AND UNDER SAID LAND LYING BENEATH A PLANE WHICH IS 500 FEET BELOW THE SURFACE OF SAID LAND BUT WITHOUT THE RIGHT OF ENTRY FROM THE SURFACE THEREOF OR FROM ANY POINT WITHIN 500 FEET OF SAID SURFACE, AS RESERVED IN DEED RECORDED JANUARY 17, 1972 AS INSTRUMENT NO. 609.

ALSO, EXCEPT FROM THAT PORTION OF SAID LAND WITHIN LOT 259 OF SAID TRACT NO. 7615, ALL OIL, GAS AND OTHER MINERALS IN AND UNDER SAID LAND LYING BENEATH A PLANE WHICH IS 500 FEET BELOW THE SURFACE OF SAID LAND BUT WITHOUT THE RIGHT OF ENTRY FROM THE SURFACE THEREOF OR FROM ANY POINT WITHIN 500 FEET OF SAID SURFACE AS RESERVED IN DEED RECORDED JANUARY 17, 1972 AS INSTRUMENT NO. 610.

ALSO, EXCEPT THEREFROM THAT PORTION OF SAID LAND WITHIN LOT 259 OF SAID TRACT NO. 7615, ALL OIL, GAS AND OTHER MINERALS IN AND UNDER SAID LAND LYING BENEATH A PLANE WHICH IS 500 FEET BELOW THE SURFACE OF SAID LAND BUT WITHOUT THE RIGHT OF ENTRY FROM ANY POINT WITHIN 500 FEET OF SAID SURFACE AS RESERVED IN DEED RECORDED JANUARY 17, 1972 AS INSTRUMENT NO. 4553.

ALSO EXCEPT THEREFROM UNITS 101 THROUGH 103, INCLUSIVE, 106, 109 THROUGH 111 INCLUSIVE, 114, 115, 201 THROUGH 212, INCLUSIVE, 214 THROUGH 227, INCLUSIVE, 229, 230, 301 THROUGH 312, INCLUSIVE, 314 THROUGH 330, INCLUSIVE, 401 THROUGH 412, INCLUSIVE, 414 THROUGH 430, INCLUSIVE, AND 522 THROUGH 530, INCLUSIVE AS SHOWN ON THAT CERTAIN CONDOMINIUM PLAN FOR LOT 1 OF TRACT NO. 62676, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, AS PER MAP RECORDED IN BOOK 1334, PAGES 48 AND 49 OF MAPS,

1   WHICH CONDOMINIUM PLAN WAS RECORDED ON JUNE 11, 2007 AS
2   INSTRUMENNT NO. 2007-1402715, OF OFFICIAL RECORDS, ALL IN THE OFFICE OF
    THE COUNTY RECORDER OF SAID COUNTY.
3
4       ALSO, EXCEPT THEREFROM, FOR THE BENEFIT OF GRANTOR, ITS
    SUCCESSORS IN INTEREST, AND OTHERS TOGETHER WITH THE RIGHT TO GRANT
5   THE SAME TO OTHERS, SUCH ASSOCIATION PROPERTY AS DEFINED, DESCRIBED
    AND SHOWN IN SAID CONDOMINIUM PLAN AND THE DECLARATION.
6
7       PARCEL 2:

8       UNIT NO. 320, OF LOT 1 OF TRACT NO. 62676, AS SHOWN AND DEFINED IN
9   SAID CONDOMINIUM PLAN.

10      PARCEL 3:

11      THAT CERTAIN EXCLUSIVE USE ASSOCIATION PROPERTY DECK OR
    BALCONY SHOWN AND DESIGNATED IN THE ABOVE REFERENCED
12  CONDOMINIUM PLAN WITH THE NUMBER DESIGNATION OF THE UNIT
    TOGETHER WITH THE LETTER 320-B CONSISTING OF EXCLUSIVE EASEMENTS
13  FOR USE THEREOF APPURTENANT TO PARCELS 1 AND 2 ABOVE, AS DEFINED
    AND DESCRIBED IN THE DECLARATION OF THE CONDOMINIUM PLAN.
14
15      PARCEL 4:

16      THAT CERTAIN EXCLUSIVE USE ASSOCIATION PROPERTY PARKING
    SPACE, SHOWN AND DESIGNATED IN THE ABOVE REFERENCED CONDOMINIUM
17  PLAN AS 42 -P AND 3 -P AS AN EXCLUSIVE EASEMENT FOR USE THEREOF
    APPURTENANT TO PARCELS 1 AND 2 ABOVE, AS DEFINED AND DESCRIBED IN
18  THE DECLARATION AND THE CONDOMINIUM PLAN.
19

20

21

22

23

24

25

26

27

28

                            JUDGMENT-16