No. 25-3841

## In the United States Court of Appeals for

## the Ninth Circuit

MEHMET VELI ASLAN, M.D.,,

*Plaintiff-Appellant,*

v.

NAZANIN MAZGANI, ET AL.

*Defendant-Appellees.*

On Appeal from the United States District Court
for the U.S. DIST. COURT CASE NO. 2:24-
cv-02762-WLH-SK
Honorable Wesley L. Hsu, U.S. District Judge,
Presiding

# INDEX OF ALL EXCERPTS OF RECORD

Vip Bhola (SBN 183980)
The Law Office of Vip Bhola
5429 Cahuenga Blvd., Suite 101
North Hollywood, CA 91601
T: (818) 347-5297
E: vbhola@icloud.com
*Attorney for Plaintiff - Appellant* Mehmet
Veli Aslan, M.D.

**INDEX VOLUME**

1

**CASE NO. 25-3841**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

DR. MEHMET VELI ASLAN, M.D.,           Plaintiff-Appellant, v.
NAZANIN MAZGANI; NEYAZ MAZGANI,          Defendants-Appellees.

# INDEX OF EXCERPTS OF RECORD

**VOLUME 1 (Pages 1-10)**

| Document Description | ER Pages | AOB Pages |
|---|---|---|
| Civil Action - Complaint (April 4, 2024) [ECF Doc. 1] | 1-ER-1-4 | 20 |
| Order Granting Motion to Dismiss with Prejudice (June 10, 2024) [ECF Doc. 43] | 1-ER-5-10 | 20, 28, 31, 69 |

**VOLUME 2 (Pages 11-271)**

| Document Description | ER Pages | AOB Pages |
|---|---|---|
| Debtor's Motion for Relief from Stay (April 8, 2020) [Bankr. ECF Doc. 130] | 2-ER-11 | 21 |
| Kevin Moda's Motion for Relief from Stay (July 16, 2020) [Bankr. ECF Doc. 257] | 2-ER-167-195 | 23, 28, 51 |
| Kevin Moda's Motion - Additional Citation (July 16, 2020) [Bankr. ECF Doc. 257] | 2-ER-195 | 51 |
| Scheduling Order for Stay Relief Hearing (July 22, 2020) [Bankr. ECF Doc. 265] | 2-ER-198-199 | 9, 51 |
| Additional Citation (July 22, 2020) [Bankr. ECF Doc. 265] | 2-ER-198 | 51 |
| Moda's Remand and Abstention Motion (September 15, 2020) [Adv. Proc. ECF Doc. 21] | 2-ER-208-211 | 23 |
| Contempt Hearing Transcript (March 19, 2024) [Bankr. ECF Doc. 1045] | 2-ER-266-271 | 52 |
| Additional Citation (March 19, 2024) | 2-ER-266 | 9 |

**VOLUME 3 (Pages 258-546)**

2

| Document Description | ER Pages | AOB Pages |
|---|---|---|
| State Court Minute Order - Directed Verdict (December 7, 2022) [Superior Court BC607465] [Bankr. ECF Doc. 611 filed November 29, 2021] | 3-ER-258-289 | 14, 24, 30, 31, 46, 53, 56, 59, 64, 65, 66, 76 |
| Klapach Declaration - Statistical Evidence (October 3, 2023) [Bankr. ECF Doc. 848] | 3-ER-359-360 | 34, 71, 73 |
| Additional State Court Documents (Various Dates) | 3-ER-520-546 | 66 |
| Additional Citation (October 2025) | 3-ER-520 | 10 |

**VOLUME 4 (Pages 547-602)**

| Document Description | ER Pages | AOB Pages |
|---|---|---|
| Defendants' Request for Judicial Notice Opposing Rule 60 (May 22, 2025) [ECF Doc. 56] | 4-ER-547-560 | 32 |
| Documents Supporting Rule 60(b) Motion (Various Dates) [ECF Docs. 56-60] | 4-ER-547-602 | 69 |
| Notice of Appeal (June 16, 2025) [ECF Doc. 61] | 4-ER-588-590 | 15, 21 |
| Order Denying Rule 60(b) Motion (June 6, 2025) [ECF Doc. 60] | 4-ER-592-593 | 15, 21, 29, 42, 70 |

3

## CERTIFICATE OF COMPLIANCE

I certify that this Index of Excerpts of Record complies with Circuit Rule 30-1.4 and 30-1.5. The excerpts are arranged in chronological order within each volume with page citations corresponding to where they appear in the Appellant's Opening Brief.

Dated: November 3, 2025

Respectfully submitted,

/s/ Vip Bhola
Vip Bhola (SBN 183980)
Attorney for Appellant
Dr. Mehmet Veli Aslan, M.D.

4